UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CORE GROUP RESOURCES, LLC** | **CIVIL ACTION NO. 23-01000** |
| **VERSUS** | **JUDGE EDWARDS** |
| **BRIAN BARFIELD** | **MAG. JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 15), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Abstain and Dismiss filed by defendant Brian Barfield (R. Doc. 6) is **GRANTED** and the Complaint for Declaratory Judgment filed by plaintiff Core Group Resources, LLC (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 15th day of October, 2024.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT